FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-2779
_____

CRAIG B. DANIELS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Walton County.
Kelvin C. Wells, Judge.


August 14, 2024

PER CURIAM.

DISMISSED.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.
_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____


Craig B. Daniels, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.